**No. 45283.**—Protests 979160–G, etc., of F. W. Woolworth Co. (Los Angeles).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 45284.**—Protest 971312–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of trick paddles in chief value of wood similar to those the subject of Abstract 44028. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 45285.**—Protests 902402–G, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44122 the metal kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 45286.**—Protest 836234–G of Wm. X. Huber Co. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) paper water flowers at 35 percent under paragraph 1413, Abstracts 32279 and 41626 followed; (2) paper water flowers similar to those the subject of Abstracts 17727 and 26014 at 60 percent under paragraph 1518; (3) paper and shell water flowers similar to those the subject of Abstract 39751 at 35 percent under paragraph 1538; and (4) dishes, centerpieces, vases, bookends, and boxes, not plated, at 40 percent under paragraph 339. Abstracts 43050 and 39482 followed.

BEFORE THE THIRD DIVISION, JANUARY 24, 1941

**No. 45287.**—Protests 818431–G, etc., of V. A. Herrmann & Co. (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) certain items of peat moss were held free of duty under paragraph 1685 as claimed.

**No. 45288.**—Protest 711228–G of Q. W. Lung & Co. (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried lily flowers the same as those the subject of Abstract 29022. The claim at 35 percent under paragraph 775 was therefore sustained.